# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

12/28/2017

IN RE:

| | |
|---|---|
| MERLE ALLEN BAKER, JR. | Case No.13-10469 TPA |
| TRISHA MARIE BAKER | |
| 2040 JACKSON CENTER POLK ROAD | Chapter 13 |
| POLK,  PA  16342 | |
| XXX-XX-3155          Debtor(s) | |

XXX-XX-3975

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

12/28/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **NATIONSTAR MORTGAGE LLC(*)** | Trustee Claim Number:1   INT %: 0.00% | | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| PO BOX 619094 | Court Claim Number:5 | | ACCOUNT NO.: 5136 |
| | CLAIM:  0.00 | | |
| DALLAS, TX  75261-9741 | COMMENT:  C5GOV*810.25/PL*812.23x(60+2)=LMT*BGN 5/13*FR US BK-DOC 46 | | |

| | | | |
|---|---|---|---|
| **CREDIT ACCEPTANCE CORP*** | Trustee Claim Number:2   INT %: 6.25% | | CRED DESC:  VEHICLE |
| ATTN: BANKRUPTCY DEPT* | Court Claim Number:1 | | ACCOUNT NO.: 7843 |
| 25505 W 12 MILE RD STE 3000* | | | |
| | CLAIM:  13,846.08 | | |
| SOUTHFIELD, MI  48034-8339 | COMMENT:  $/CL-PL*6.25%MDF/PL | | |

| | | | |
|---|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:3   INT %: 0.00% | | CRED DESC:  PRIORITY CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number: | | ACCOUNT NO.: 3155 |
| PO BOX 7317 | | | |
| | CLAIM:  0.00 | | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  3155,3975*NO$~NO TAX YRS~INFO ONLY/SCH | | |

| | | | |
|---|---|---|---|
| **VENANGO COUNTY TAX CLAIM BUREAU*** | Trustee Claim Number:4   INT %: 0.00% | | CRED DESC:  PRIORITY CREDITOR |
| 1174 ELK STREET | Court Claim Number: | | ACCOUNT NO.:  D000 |
| PO BOX 831 | | | |
| | CLAIM:  0.00 | | |
| FRANKLIN, PA  16323 | COMMENT:  14003062D000:08-12*NO$~CNTY FRANKLN SD AND MINERAL TWP/SCH | | |

| | | | |
|---|---|---|---|
| **FIRST NATIONAL BANK OF PA**** | Trustee Claim Number:5   INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| C/O AAS  - POB 129 | Court Claim Number: | | ACCOUNT NO.: 4713 |
| 2526 MONROEVILLE BLVD STE 103 | | | |
| | CLAIM:  0.00 | | |
| MONROEVILLE, PA  15146 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ** | Trustee Claim Number:6   INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 248838 | Court Claim Number:4 | | ACCOUNT NO.: 0294 |
| | CLAIM:  152.95 | | |
| OKLAHOMA CITY, OK  73124-8838 | COMMENT:  4561/SCH | | |

| | | | |
|---|---|---|---|
| **ASSET ACCEPTANCE LLC - ASSIGNEE** | Trustee Claim Number:7   INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2036 | Court Claim Number:7 | | ACCOUNT NO.: 0790 |
| | CLAIM:  397.26 | | |
| WARREN, MI  48090 | COMMENT:  2459/SCH*TARGET | | |

| | | | |
|---|---|---|---|
| **ASSET ACCEPTANCE LLC - ASSIGNEE** | Trustee Claim Number:8   INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2036 | Court Claim Number:6 | | ACCOUNT NO.: 6513 |
| | CLAIM:  360.42 | | |
| WARREN, MI  48090 | COMMENT:  7003/SCH*GE CAP/JCP | | |

| | | | |
|---|---|---|---|
| **BANK OF AMERICA**** | Trustee Claim Number:9   INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| ATTN FIA CARD SVCS-PMT SVCS | Court Claim Number: | | ACCOUNT NO.:  ? |
| 1000 SAMOSET DR | | | |
| | CLAIM:  0.00 | | |
| NEWARK, DE  19713 | COMMENT:  NT ADR~NO$~INFO ONLY/SCH | | |

| | | | |
|---|---|---|---|
| **CBJ CREDIT RECOVERY** | Trustee Claim Number:10  INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| 117 W 4TH ST | Court Claim Number: | | ACCOUNT NO.: 9411 |
| POB 1132 | | | |
| | CLAIM:  0.00 | | |
| JAMESTOWN, NY  14702-1132 | COMMENT:  RURAL MNTL HEALTH ASSOC/SCH | | |

| CBJ CREDIT RECOVERY | Trustee Claim Number:11  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 117 W 4TH ST | Court Claim Number: | ACCOUNT NO.: 0933 |
| POB 1132 | | |
| | CLAIM: 0.00 | |
| JAMESTOWN, NY 14702-1132 | COMMENT: DIGSTV HEALTH SPCLST MDCL SVC/SCH | |

| CREDIT MANAGEMENT CO | Trustee Claim Number:12  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 2121 NOBLESTOWN RD | Court Claim Number: | ACCOUNT NO.: 8337 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15205-3956 | COMMENT: TRI COUNTY INDSTRS REFUSE/SCH | |

| CREDIT MANAGEMENT CO | Trustee Claim Number:13  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 2121 NOBLESTOWN RD | Court Claim Number: | ACCOUNT NO.: 2137 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15205-3956 | COMMENT: UNITED CMNTY HSPTL MDCL SVC/SCH | |

| DIVERSIFIED COLLECTIONS*++ | Trustee Claim Number:14  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 200 | Court Claim Number: | ACCOUNT NO.: 0287 |
| | CLAIM: 0.00 | |
| GREENSBURG, PA 15601 | COMMENT: PHYSCNS IN RADLGY MDCL SVC/SCH | |

| FRANKLIN OIL REGION CREDIT UNION | Trustee Claim Number:15  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 101 NORTH 13TH STREET | Court Claim Number: | ACCOUNT NO.: 2001 |
| | CLAIM: 0.00 | |
| FRANKLIN, PA 16323 | COMMENT: NO$~INFO ONLY/SCH | |

| FRANKLIN OIL REGION CREDIT UNION | Trustee Claim Number:16  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 101 NORTH 13TH STREET | Court Claim Number: | ACCOUNT NO.: 5233 |
| | CLAIM: 0.00 | |
| FRANKLIN, PA 16323 | COMMENT: | |

| GC SERVICES | Trustee Claim Number:17  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 6330 GULFTON STREET | Court Claim Number: | ACCOUNT NO.: 5910 |
| POB 3026 | | |
| | CLAIM: 0.00 | |
| HOUSTON, TX 77081 | COMMENT: DISH NTWRK/SCH | |

| GREGORY JAVARDIAN ESQ | Trustee Claim Number:18  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 1310 INDUSTRIAL BLVD STE 101 | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| SOUTHHAMPTON, PA 18966 | COMMENT: NO$~INFO ONLY/SCH | |

| HSBC BANK++ | Trustee Claim Number:19  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 5253 | Court Claim Number: | ACCOUNT NO.: 2574 |
| | CLAIM: 0.00 | |
| CAROL STREAM, IL 60197 | COMMENT: NT ADR/SCH | |

| MIDLAND CREDIT MANAGEMENT INC | Trustee Claim Number:20  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 2365 NORTHSIDE DR STE 300 | Court Claim Number: | ACCOUNT NO.: 9220 |
| | CLAIM: 0.00 | |
| SAN DIEGO, CA 92108 | COMMENT: VERIZON WRLS/SCH | |

| PRA/PORTFOLIO RECOVERY ASSOC | Trustee Claim Number:21  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 12914 | Court Claim Number: | ACCOUNT NO.: 6578 |
| | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: HSBC CARD SVC/SCH | |

| ROUTE 8 AUTO SALES* | Trustee Claim Number:22  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 684 N SENECA ST | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| OIL CITY, PA 16301 | COMMENT: NO$~INFO ONLY/SCH | |

| UNITED COLLECTION BUREAU INC | Trustee Claim Number:23  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 5620 SOUTHWYCK BLVD | Court Claim Number: | ACCOUNT NO.: 9381 |
| | CLAIM: 0.00 | |
| TOLEDO, OH 43614 | COMMENT: NW EMERGNCY PHYSCNS/SCH | |

| UNITED COLLECTION BUREAU INC | Trustee Claim Number:24  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 5620 SOUTHWYCK BLVD | Court Claim Number: | ACCOUNT NO.: 8309 |
| | CLAIM: 0.00 | |
| TOLEDO, OH 43614 | COMMENT: NW EMRGNCY PHYSCNS/SCH | |

| UNITED COLLECTION BUREAU INC | Trustee Claim Number:25  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 5620 SOUTHWYCK BLVD | Court Claim Number: | ACCOUNT NO.: 8307 |
| | CLAIM: 0.00 | |
| TOLEDO, OH 43614 | COMMENT: NW EMRGNCY PHYSCNS/SCH | |

| USCB CORP | Trustee Claim Number:26  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 101 HARRISON ST | Court Claim Number: | ACCOUNT NO.: 0189 |
| | CLAIM: 0.00 | |
| ARCHBALD, PA 18403 | COMMENT: PENN FOSTER SCHOOL/SCH | |

| AMERICAN INFOSOURCE LP AGENT FOR VERIZ | Trustee Claim Number:27  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 248838 | Court Claim Number:3 | ACCOUNT NO.: 0292 |
| | CLAIM: 148.93 | |
| OKLAHOMA CITY, OK 73124-8838 | COMMENT: | |

| NATIONSTAR MORTGAGE LLC(*) | Trustee Claim Number:28  INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
|---|---|---|
| PO BOX 619094 | Court Claim Number:5 | ACCOUNT NO.: 5136 |
| | CLAIM: 8,845.43 | |
| DALLAS, TX 75261-9741 | COMMENT: C5GOV*10k/PL*THRU 4/13*FR US BANK-DOC 46 | |

| SPRINT TOGETHER WITH NEXTEL** | Trustee Claim Number:29  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O SPRINT CORP(*) | Court Claim Number:2 | ACCOUNT NO.: 3712 |
| PO BOX 3326 | | |
| | CLAIM: 280.47 | |
| ENGLEWOOD, CO 80155-3326 | COMMENT: NT/SCH | |