FILED
2/5/18 11:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 13-10469-TPA |
| **Merle Allen Baker, Jr. AND** | : | |
| **Trisha Marie Baker,** | : | Chapter 13 |
|     **Debtors** | : | |
| | : | Docket No.: |
| **Merle Allen Baker, Jr. AND** | : | |
| **Trisha Marie Baker,** | : | |
|     **Movants** | : | |
| | : | |
|     vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
|     **Chapter 13 Trustee,** | : | |
|     **Respondent** | : | |

**CONSENT ORDER FOR VEHICLE FINANCING**

NOW, this __5th__ day of __February__, 2018, upon an agreement reached by the Debtors and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below,

Whereas, the Debtors are *at the end of a 60-month plan term* and the case will be coming to a close, it is

ORDERED, that the Debtors may pursue post-petition vehicle financing, with a monthly payment of no more than $350.00 per month, through the conclusion and closing of the Bankruptcy case, it is

ORDERED that the Debtors do NOT have to incorporate the terms of the financing into the Chapter 13 plan and they may pay directly from the vehicle loan inception, it is

ORDERED that the Debtors will file a status report within ten (10) days from the purchase of said vehicle evidencing said terms.

_____ vas
UNITED STATES BANKRUPTCY JUDGE

Consented to:

/s/ Daniel P. Foster_____

Daniel P. Foster, PA I.D. # 92376

Attorney for Debtors

Foster Law Offices

PO Box 966

Meadville PA  16355

(814) 724-1165

dan@mrdebtbuster.com



/s/ Jana S. Pail_____

Jana S. Pail, PA I.D. # 88910

Attorney for Chapter 13 Trustee

US Steel Tower – Suite 3250

600 Grant St.

Pittsburgh  PA  15219

(412) 471-5566

jpail@chapter13trusteewdpa.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Merle Allen Baker, Jr.
Trisha Marie Baker
    Debtors

Case No. 13-10469-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: lfin     Page 1 of 1     Date Rcvd: Feb 05, 2018
                            Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2018.
db/jdb         +Merle Allen Baker, Jr.,  Trisha Marie Baker,  2040 Jackson Center Polk Road,  Polk, PA 16342-2812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                                         Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2018 at the address(es) listed below:
         Andrew F Gornall   on behalf of Creditor   U.S. Bank, National Association, et al
          agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Daniel P. Foster   on behalf of Joint Debtor Trisha Marie Baker dan@mrdebtbuster.com,
          clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
         Daniel P. Foster   on behalf of Debtor Merle Allen Baker, Jr. dan@mrdebtbuster.com,
          clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
         James Warmbrodt   on behalf of Creditor   U.S. Bank, National Association, et al
          bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                    TOTAL: 6