**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 13-10469-TPA |
| **Merle Allen Baker, Jr. AND** | : | |
| **Trisha Marie Baker,** | : | Chapter 13 |
|     **Debtors** | : | |
| _____ | : | Docket No.: |
| **Merle Allen Baker, Jr. AND** | : | |
| **Trisha Marie Baker,** | : | |
|     **Movants** | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
|     **Chapter 13 Trustee,** | : | |
|     **Respondent** | : | |

## STATUS REPORT

**AND NOW** this 5th day of March, 2018, come Merle Allen Baker, Jr. and Trisha Marie Baker ("Debtors"), by and through their attorney, Daniel P. Foster, Esquire and Foster Law Offices, LLC, and file this *Status Report*. The Debtors aver as follows:

1. The Debtors filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code on April 11, 2013 (the "Filing Date").

2. On February 2, 2018, Debtors filed a *Consent Order for Post-Petition Vehicle Financing* to obtain an automobile to replace their vehicle.

3. On February 5, 2018, this Honorable Court issued a signed *Consent Order*.

4. At this time, the Debtors have still been unsuccessful in obtaining financing for a new vehicle; therefore, an Amended Chapter 13 Plan will not be filed.

**WHEREFORE**, the Debtors file this Status Report in compliance with this Honorable Court's Order dated February 5, 2018.

Date: <u>March 5, 2018</u>     */s/ Daniel P. Foster, Esquire*

Daniel P. Foster, Esquire
PA.  I.D. No. 92376
Foster Law Offices
P. O. Box 966
Meadville, PA  16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:  dan@mrdebtbuster.com
Attorney for Debtors