IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 13-10469-TPA |
| | : | |
| **Merle Allen Baker, Jr. and** | : | |
| **Trisha Marie Baker,** | : | |
|     Debtors, | : | |
| | : | **Chapter 13** |
| **Merle Allen Baker, Jr. and** | : | |
| **Trisha Marie Baker,** | : | |
|     Movants, | : | |
|     v. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
|     Chapter 13, Trustee, | : | |
|     Respondent. | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On February 20, 2018, at docket numbers 55 and 56 Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: <u>April 16, 2018</u>                                                              /s/ Daniel P. Foster, Esquire
                                                                                           Daniel P. Foster
    PA I.D. # 92376
    Foster Law Offices
    PO Box 966
    Meadville, PA 16335
    Phone: 814.724.1165
    Fax: 814.724.1158
    Email: dan@mrdebtbuster.com
    Attorney for Debtors

**PAWB Local Form 24 (07/13)**