**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 13-10469-TPA |
| | : | |
| **Merle Allen Baker, Jr. and** | : | CHAPTER 13 |
| **Trisha Marie Baker,** | : | |
| Debtors, | : | |
| _____ | : | MOTION NO.: WO - 1 |
| **Merle Allen Baker, Jr.,** | : | |
| Movant, | : | DOCKET NO.: |
| | : | |
| vs. | : | |
| | : | |
| **Electralloy G.O. Carlson Plate,** | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: April 17, 2018              By: /s/ Clarissa Bayhurst
                                                                  CLARISSA BAHURST, PARALEGAL
                                                                  FOSTER LAW OFFICES
                                                                  Po Box 966
                                                                  Meadville, PA 16335
                                                                  Tel 814.724.1165
                                                                  Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

## **MATRIX**

**ELECTRALLOY G.O. CARLSON PLATE**
**175 MAIN STREET**
**OIL CITY, PA 16301**