**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/16/18 1:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  MERLE ALLEN BAKER, JR.<br>TRISHA MARIE BAKER<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  MERLE ALLEN BAKER, JR.<br>TRISHA MARIE BAKER<br><br>      Respondents | Case No.13-10469TPA<br><br>Chapter 13<br><br>Document No.___60___ |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ___16th___ day of ___April___, 20<u>18</u>, it is hereby ORDERED, ADJUDGED, and DECREED that,

> Electralloy G O Carlson Plate
> Attn: Payroll Manager
> 175 Main St
> Oil City,PA 16301

is hereby ordered to immediately terminate the attachment of the wages of MERLE ALLEN BAKER, JR., social security number XXX-XX-3155.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MERLE ALLEN BAKER, JR..

BY THE COURT:

_____vas
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                            Case No. 13-10469-TPA
Merle Allen Baker, Jr.                                                            Chapter 13
Trisha Marie Baker
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy                  Page 1 of 1              Date Rcvd: Apr 16, 2018
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2018.
db/jdb         +Merle Allen Baker, Jr.,    Trisha Marie Baker,    2040 Jackson Center Polk Road,
                 Polk, PA 16342-2812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    U.S. Bank, National Association, et al
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Daniel P. Foster    on behalf of Joint Debtor Trisha Marie Baker dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Merle Allen Baker, Jr. dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank, National Association, et al
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6