**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 13-10469-TPA |
| **Merle Allen Baker, Jr. AND** | : | |
| **Trisha Marie Baker,** | : | Chapter 13 |
| Debtors | : | |
| | : | Docket No.: 79 |
| **Merle Allen Baker, Jr. AND** | : | |
| **Trisha Marie Baker,** | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

## STATUS REPORT

**AND NOW** this 2nd day of July, 2018**,** come Merle Allen Baker, Jr. and Trisha Marie Baker ("Debtors"), by and through their attorney, Daniel P. Foster, Esquire and Foster Law Offices, LLC, and file this *Status Report*. The Debtors aver as follows:

1. The Debtors filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code on April 11, 2013 (the "Filing Date").

2. On May 23, 2018, Debtors filed a proposed *Consent Order for Vehicle Financing* to obtain an automobile to replace their vehicle.

3. On May 24, 2018, this Honorable Court issued the *Consent Order for Vehicle Financing*.

4. At this time, the Debtors have still been unsuccessful in obtaining financing for a new vehicle; therefore, an Amended Chapter 13 Plan will not be filed.

**WHEREFORE**, the Debtors file this Status Report in compliance with this Honorable Court's Order dated May 24, 2018.

Date: <u>July 2, 2018</u>                                                                                  <u>*/s/ Daniel P. Foster, Esquire*</u>

                                               Daniel P. Foster, Esquire
PA. I.D. No. 92376
Foster Law Offices
P. O. Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtors