FILED
7/17/18 11:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    MERLE ALLEN BAKER, JR.
    TRISHA MARIE BAKER
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:13-10469 TPA

Chapter 13

Document No.:  73

## ORDER OF COURT

  AND NOW, this \_\_\_\_17th\_\_\_\_\_day of _____July_____, 2018\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT
_____
U.S. BANKRUPTCY JUDGE

vas

```
                              United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                                 Case No. 13-10469-TPA
Merle Allen Baker, Jr.                                                 Chapter 13
Trisha Marie Baker
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-1           User: lfin                  Page 1 of 2                  Date Rcvd: Jul 17, 2018
                               Form ID: pdf900             Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2018.
db/jdb         +Merle Allen Baker, Jr.,    Trisha Marie Baker,    2040 Jackson Center Polk Road,
                 Polk, PA 16342-2812
aty            +vde13,    Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                 Pittsburgh, PA 15219-2719
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC.,     PO Box 630267,    Irving, TX   75063)
13610303       +AAS Debt Recovery Inc,    PO Box 129,    Monroeville, PA 15146-0129
13610304       +AAS Debt Recovery, Inc.,    2526 Monroeville,    Monroeville, PA 15146-2358
13610307       +BAC Home Loan Servicing, LP,    Bankruptcy Department,    Mail Stop CA-919-01-23,
                 400 National Way,    Simi Valley, CA 93065-6414
13610308       +Bank of America, NA,    2380 Performance Drvie,    Richardson, TX 75082-4333
13612167       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
13617228       +Credit Acceptance Corp.,    25505 West 12 Mile Road,    Suite 300,    Southfield, MI 48034-8331
13610311       +Digestive Health Specialists,    3744 State Route 257,    Seneca, PA 16346-3318
13610313       +Diversified Collection Services, Inc.,    333 North Canyons Parkway, Suite 100,
                 Livermore, CA 94551-9480
13610314       +Diversified Collections, Inc.,    1165 Garden Street,    Greensburg, PA 15601-6417
13610315       +Faye E. Woods, Tax Collector,    1838 Jackson Center Polk Road,    Stoneboro, PA 16153-4420
13610316       +First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
13610318       +GC Services,    Attn: Bankruptcy,    6330 Gulfton Street,    Suite 400,    Houston, TX 77081-1108
13610320       +Gregory Javardian,    1310 Industrial Boulevard,    1st Floor,    Suite 101,
                 Southampton, PA 18966-4030
13610321        Hsbc,    PO Box 15521,    Wilmington, DE 19850-5521
13610322       +Hsbc Bank,    Attn: Bankruptcy,    PO Box 5253,    Carol Stream 60197-5253
13610324        Northwest Emergency Physicians,    75 Remittance Drive,    Suite 1877,    Chicago, IL 60675-1877
13610326       +Penn Foster School,    PO Box 1900,    Scranton, PA 18505-0900
13610327       +Physicians In Radiology,    100 Fairfield Drive,    Seneca PA 16346-2130
13610330       +Route 8 Auto Sales,    684 North Seneca Street,    Oil City, PA 16301-5658
13610332       +Target Retailers National Bank,    PO Box 9350,    Minneapolis, MN 55440-9350
13610333       +Tri-County Industries, Inc.,    159 TCI Park Drive,    Grove City, PA 16127-4398
13670570       +U.S. Bank, National Association, et al...,     Bank of America, N.A,    c/o KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13610337      ++++US BANK,    100 S COMMONS STE 150,    PITTSBURGH PA    15212-5359
                 (address filed with court: US Bank,     150 Allegheny Center,    Pittsburgh, PA 15212)
13610336      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: US Bank,     Attention: Bankruptcy Department,    425 Walnut Street,
                 Cincinnati, OH 45202)
13610339      #+USCB Corporation,    101 Harrison Street,    Archbald, PA 18403-1961
13610334       +United Collection Bureau Inc,    5620 Southwyck Boulevard,    Toledo, OH 43614-1501
13610335       +United Community Hospital,    2807 Little York Road,    Houston, TX 77093-3405
13610340       +Venango County Tax Claim Bureau,    1174 Elk Street,    PO Box 831,    Franklin, PA 16323-0831
13610344      #+Vitti & Vitti & Associates, P.C.,    Attn: Louis P. Vitti,    215 4th Avenue,
                 Pittsburgh, PA 15222-1707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13610305       +E-mail/Text: EBNProcessing@afni.com Jul 18 2018 02:24:47      Afni, Inc.,
                 Attn: DP Recovery Support,    PO Box 3427,    Bloomington, IL 61702-3427
13668577        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 18 2018 02:32:24
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK   73124-8838
13610306       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 18 2018 02:24:24       Asset Acceptance,
                 PO Box 2036,    Warren, MI 48090-2036
13610309       +E-mail/Text: matthartweg@cbjcredit.com Jul 18 2018 02:25:27      CBJ Credit Recovery,
                 117 West 4th Street,    Jamestown, NY 14701-5005
13610310       +E-mail/Text: abovay@creditmanagementcompany.com Jul 18 2018 02:25:02
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13610312       +E-mail/Text: Bankruptcy.Consumer@dish.com Jul 18 2018 02:24:27       Dish Network,
                 9601 South Meridian Boulevard,    Englewood, CO 80112-5905
13610317       +E-mail/Text: slucas@for-cu.com Jul 18 2018 02:24:53      Franklin Oil Region Credit Union,
                 101 North 13th Street,    Franklin, PA 16323-2343
13610319       +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2018 02:33:11      GE Money Bank / JcPenneys,
                 Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
13610323       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 18 2018 02:24:28      Midland Credit Management, Inc.,
                 8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
13610325       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2018 02:24:22       PA Department of Revenue,
                 Bankruptcy Division,    Po Box 280946,    Harrisburg, PA 17128-0946
13610328       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2018 02:46:44
                 PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Associate,    PO Box 12914,
                 Norfolk, VA 23541-0914
13610329       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2018 02:34:27
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13645445        E-mail/Text: appebnmailbox@sprint.com Jul 18 2018 02:24:25      Sprint Nextel,
                 Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
```

```
District/off: 0315-1              User: lfin              Page 2 of 2              Date Rcvd: Jul 17, 2018
                                  Form ID: pdf900        Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13610341       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 18 2018 02:23:34
                 Verizon,    PO Box 3037,    Bloomington, IL 61702-3037
13610342       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 18 2018 02:23:34
                 Verizon,    500 Technology Drive,    Weldon Springs, MO 63304-2225
13610343       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 18 2018 02:23:34
                 Verizon Wireless,    PO Box 3397,    Bloomington, IL 61702-3397
                                                                                               TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVID
cr              U.S. Bank, National Association, et al
13678395*      +Asset Acceptance LLC,    Po Box 2036,   Warren MI 48090-2036
13867157*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
13610338*     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court:  US Bank,    PO Box 5229,    Cincinnati, OH 45201)
13610331      ##+Rural Mental Health Associates,    19 Central Avenue,    3rd Floor,   Oil City, PA 16301-2718
                                                                                     TOTALS: 2, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2018 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    U.S. Bank, National Association, et al
               andygornall@latouflawfirm.com
              Daniel P. Foster    on behalf of Joint Debtor Trisha Marie Baker dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Merle Allen Baker, Jr. dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank, National Association, et al
               bkgroup@kmllawgroup.com
              Kevin M Buttery    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL
               CAPACITY BUT SOLELY AS TRUSTEE FOR MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE
               LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-2 kbuttery@rascrane.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                TOTAL: 7
```